IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FIRST STATE INSURANCE GROUP | ) |
| | ) |
| Petitioner, | ) C.A. No. |
| vs. | ) |
| | ) 04  11397  JLT |
| DAEHAN FIRE & MARINE INSURANCE COMPANY | ) |
| | ) |
| Respondent. | ) |
| | ) |

## FIRST STATE INSURANCE GROUP'S
## CORPORATE DISCLOSURE STATEMENT

First State Insurance Group ("First State") is a wholly owned subsidiary of the Hartford

Financial Services Group, Inc. of Delaware, through a holding company, Heritage Holdings, Inc.

of Connecticut.  The stock of Hartford Financial Services Group, Inc. is publicly traded on the

New York Stock Exchange.

FIRST STATE INSURANCE GROUP
By its attorneys,

PRINCE, LOBEL, GLOVSKY & TYE LLP

Rhonda L. Rittenberg BBO #550498
Anne-Marie Regan BBO #554317
John E. Matosky BBO #641661
585 Commercial Street
Boston, MA 02109
(617) 456-8000

Susan E. Grondine, Esq.
Horizon Management Group, LLC
150 Federal Street
Boston, MA 02110

Dated: 6/18/04