IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| FIRST STATE INSURANCE GROUP )<br>)<br>Petitioner, )<br>vs. )<br>)<br>DAEHAN FIRE & MARINE INSURANCE )<br>COMPANY )<br>)<br>Respondent. )<br>) | C.A. No. 04-cv-11397-JLT |

### FIRST STATE INSURANCE GROUP'S MOTION TO RE-ENTER ORDER APPROVING ITS PETITION TO CONFIRM ARBITRATION AWARD

Petitioner, First State Insurance Company ("First State"), hereby moves the Court, pursuant to Fed. R. Civ. P. 60(b)(1), to vacate its August 23, 2004 Order (the "August 23 Order") approving First State's Petition to Confirm Arbitration Award (the "Petition"), and to re-enter the order. A true and accurate copy of the notice of the electronic August 23 Order is attached hereto as Exhibit 1. In support of this motion, First State states that Respondent, Daehan Fire & Marine Insurance Company ("Daehan") was required to respond to the Petition no later than August 23rd, the same day the August 23 Order was entered. Although Daehan did not file any response to the Petition, the timing of the August 23 Order may prompt Daehan to challenge it as premature. In further support, First State states the following:

1. First State filed the Petition on June 18, 2004.

2. First State gave notice of the Petition to Daehan by serving a copy of it, along with a Summons, the Memorandum of Law in Support of the Petition, and the Affidavit of Susan

E, Grondine, to Daehan pursuant to the provisions of a reinsurance agreement between First State and Daehan known as the Casualty Facultative Surplus Treaty (the "Treaty").

3. Specifically, First State made service by sending a copy of the Petition and related papers to Mendes & Mount LLP, 750 Seventh Avenue, New York, New York 10019, Daehan's agent authorized by appointment to receive service of process, On July 28, 2004. (*See* Affidavit in Proof of Service ("Aff."), at ¶ 3.)

4. At the same time, First State also sent a courtesy copy of the Petition and related papers to be delivered by international mail to Mr. I.J. Jeong, Daehan Fire & Marine Insurance Company, 51-1 Namchang-dong, Seoul, Jung-Gu, South Korea. (*See* Aff., at ¶ 4.)

5. First State received confirmation from the United States Postal Service, in the form of a domestic return receipt, that Mendes & Mount received copies of the papers on July 30, 2004. (*See* Aff., at ¶ 5.)

6. Allowing twenty days from July 30, 2004, and three days for service by mail, Daehan could have made timely service of a response if received by First State on August 23, 2004, the same day the Court approved the Petition.

7. Nevertheless, Daehan has not opposed or otherwise responded to the Petition. Moreover, First State has received nothing indicating that Daehan intends to respond.

8. In order to eliminate any challenge by Daehan that the August 23 Order was one day premature, First State requests that the Court vacate the August 23 Order and enter a new order allowing the Petition.

9. In addition, First State respectfully submits a Proposed Form of Judgment herewith.

WHEREFORE, for the reasons stated herein, and as more fully explained in the accompanying Memorandum of Law, First State respectfully requests that this Court vacate its Order of August 23, 2004, and re-enter a similar order approving First State's Petition to Confirm Arbitration Award.

### Local Rule 7.1 Certification

Since Daehan has not appeared or in any way responded in this matter, undersigned counsel has sought to comply with Local Rule 7.1(A)(2) by attempting to contact Mendes & Mount, the law firm designated as Daehan's agent to receive service of process, in order to ascertain whether Daehan takes a position with regard to this motion. This attempt having been unsuccessful, the parties have not been able to resolve or narrow the issues.

FIRST STATE INSURANCE GROUP,
By its attorneys,

PRINCE, LOBEL, GLOVSKY & TYE LLP


_____
Rhonda L. Rittenberg BBO #550498
Anne-Marie Regan BBO #554317
John E. Matosky BBO #641661
585 Commercial Street
Boston, MA 02109
(617) 456-8000

Susan E. Grondine, Esq.
Horizon Management Group, LLC
150 Federal Street
Boston, MA 02110

Dated: September 10, 2004

3

## CERTIFICATE OF SERVICE

    I, John E. Matosky, certify that I caused a copy of this document to be served upon the respondent this 10th day of September 2004, by mailing a copy to its agent authorized by appointment to receive service of process.

*/s/ John E. Matosky*

**EXHIBIT 1**

Case 1:04-cv-11397-JLT   Document 5   Filed 09/10/2004   Page 5 of 6

**Matosky, John E.**

| | |
|---|---|
| **From:** | ECFnotice@mad.uscourts.gov |
| **Sent:** | Monday, August 23, 2004 3:05 PM |
| **To:** | CourtCopy@mad.uscourts.gov |
| **Subject:** | Activity in Case 1:04-cv-11397-JLT First State Insurance Group v. Daehan Fire & Marine Insurance Company "Order" |

```
***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To
avoid later charges, download a copy of each document during this first viewing.

United States District Court
District of Massachusetts

Notice of Electronic Filing
The following transaction was received from Lovett, Zita entered on 8/23/2004 at 3:04 PM
EDT and filed on 8/23/2004


Case Name: First State Insurance Group v. Daehan Fire & Marine Insurance Company Case
Number: 1:04-cv-11397 https://ecf.mad.uscourts.gov/cgi-bin/DktRpt.pl?92891

Document Number:
Copy the URL address on the line below into the location bar of your Web browser to view
the document:

Docket Text:
Judge Joseph L. Tauro : PETITION APPROVED WITHOUT OBJECTION, Proposed form of Judgement to
be submitted to the court by September 10, 2004. (Lovett, Zita)

The following document(s) are associated with this transaction:



1:04-cv-11397 Notice will be electronically mailed to:
Anne-Marie  Regan                                                        amregan@plgt.com

Rhonda L. Rittenberg                                                     rlrittenberg@plgt.com,
rcsantos@plgt.com;macalawa@plgt.com;jematosky@plgt.com;jssano@plgt.com



1:04-cv-11397 Notice will not be electronically mailed to:
John E. Matosky
Prince, Lobel, Glovsky, & Tye LLP
585 Commercial Street
Boston, MA 02109
```

1