IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FIRST STATE INSURANCE GROUP )<br>)<br>Petitioner, )<br>vs. )<br>)<br>DAEHAN FIRE & MARINE INSURANCE )<br>COMPANY )<br>)<br>Respondent. ) | C.A. No. 04-cv-11397-JLT |

**AFFIDAVIT IN PROOF OF SERVICE**

I, John E. Matosky, declare under penalty of perjury as follows:

1.  I am an attorney with the firm Prince, Lobel, Glovsky & Tye LLP, counsel for the petitioner, First State Insurance Group ("First State") in this matter. I submit this affidavit based upon personal knowledge.

2.  On or about June 18, 2004, I caused to be filed First State's Petition to Confirm Arbitration Award, along with a supporting Memorandum of Law and the Affidavit of Susan E. Grondine.

3.  I sent via Certified Mail, Return Receipt Requested the Summons and the Petition Papers to the law firm of Mendes & Mount, 750 Seventh Avenue, New York, New York 10019 ("Mendes & Mount"), the contractually designated service of process agent for Daehan Fire & Marine Insurance Company ("Daehan") under the reinsurance contracts at issue in this matter.

4.  I also caused a courtesy copy of the Summons, Petition to Confirm Arbitration Award, Memorandum of Law, and Affidavit of Susan E. Grondine, to be delivered by

international mail to Mr. I.J. Jeong, Daehan Fire & Marine Insurance Company, 51-1 Namchang-dong, Seoul, Jung-Gu, South Korea.

     5.     I received confirmation from the United States Postal Service in the form of a domestic return receipt, that Mendes & Mount received copies of the Summons, Petition to Confirm Arbitration Award, Memorandum of Law, and Affidavit of Susan E. Grondine on July 30, 2004. I certify that a true and accurate copy the Summons, cover letter, and domestic return receipt are attached hereto as Exhibit 1.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT. EXECUTED THIS 10th DAY OF SEPTEMBER 2004.

                                                       John E. Matosky

# EXHIBIT 1

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of __Massachusetts__

First State Insurance Group

V.

Daehan Fire and Marine Insurance Company

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 04 11397 JLT

TO: (Name and address of Defendant)
Mr. I.J. Jeong
Daehan Fire and Marine Insurance Company
51-1 Namchang-dong
Seoul
Jung-Gu
South Korea

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Rhonda L. Rittenberg
Anne-Marie Regan
John E. Matosky
Prince, Lobel, Glovsky & Tye LLP
585 Commercial Street
Boston, MA 02109

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE   JUN 18 2004

**Prince, Lobel, Glovsky & Tye**
Attorneys at Law

585 Commercial Street
Boston, MA 02109-1024

(617) 456.8000 Tel
(617) 456.8100 Fax
www.plgt.com

July 28, 2004

**BY CERTIFIED MAIL/RETURN
RECEIPT REQUESTED**
**70030500000276764287**

George Lock, Esq.
Mendes & Mount LLP
750 Seventh Avenue
New York, New York 10019

Re:   **First State Insurance Group v. Daehan Fire & Marine Insurance Company**
      **U.S.D.C. Civil Action No.: 04 11397 JLT**

Dear Mr. Lock:

We represent First State Insurance Group ("First State") in the above-captioned matter filed in the United States District Court for the District of Massachusetts, in which First State is seeking to confirm a final arbitration award rendered in an arbitration between First State and Daehan Fire & Marine Insurance Company ("Daehan") involving a Casualty Facultative Surplus Treaty (the "Treaty").

The Treaty designates Mendes & Mount as the service of process agent authorized and directed to accept service of process on behalf of Daehan. Accordingly, we are hereby serving you with the following:

1.   Summons to Daehan Fire & Marine Insurance Company;

2.   First State Insurance Group's Petition to Confirm Arbitration Award;

4.   Petitioner's Memorandum of Law in Support of Its Petition to Confirm Arbitration Award;

5.   Affidavit of Certification by Susan E. Grondine with Exhibits.

5.   Copy of the Civil Cover Sheet; and

6.   Copy of the Category Sheet.

**PRINCE▲LOBEL▲GLOVSKY & TYE** LLP

**Prince, Lobel, Glovsky & Tye LLP**

George Lock, Esq.
July 28, 2004
Page 2

Kindly acknowledge service on behalf of Daehan on the reverse side of the Summons and return the original to my attention.

Furthermore, First State hereby requests that Mendes & Mount, as authorized and directed under the Service of Suit Clause of the Treaty, give a written undertaking to First State that it will enter a general appearance on behalf of Daehan in this matter and also requests that Mendes & Mount make a general appearance on behalf of Daehan.

Should you need additional information, please do not hesitate to contact me. Thank you for your attention to this matter.

Very truly yours,

*[signature]*

John E. Matosky
Enclosures
cc:     Mr. I.J. Jeong (w/encl.)(via International Registered Mail)
        Daehan Fire & Marine Insurance Company
        51-1 Namchang-dong
        Seoul
        Jung-Gu
        South Korea

