IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FIRST STATE INSURANCE GROUP<br><br>   Petitioner,<br>vs.<br><br>DAEHAN FIRE & MARINE INSURANCE COMPANY<br><br>   Respondent. | C.A. No. 04-cv-11397-JLT |

**JUDGMENT**

In accordance with the Court's Order dated _____, 2004, First State Insurance Group's Petition to Confirm Arbitration Award is <u>APPROVED</u> in the above-entitled action, it is hereby ORDERED:

Judgment for the Petitioner, First State Insurance Group.

_____      _____
DATED             Joseph L. Tauro, District Judge