IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FIRST STATE INSURANCE GROUP )<br>)<br>Petitioner, )<br>vs. )<br>)<br>DAEHAN FIRE & MARINE INSURANCE )<br>COMPANY )<br>)<br>Respondent. ) | C.A. No. 04-cv-11397-JLT |

### JUDGMENT

In accordance with the Court's Order dated __OCT 5__, 2004, First State Insurance Group's Petition to Confirm Arbitration Award is <u>APPROVED</u> in the above-entitled action, it is hereby ORDERED:

Judgment for the Petitioner, First State Insurance Group.

__10/5/04__
DATED

_____
Joseph L. Tauro, District Judge